NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**STEVEN C. KELLY,**
*Claimant-Appellant,*

**v.**

**ERIC K. SKINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2012-7024

_____

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2430, Judge John J. Farley, III.

_____

**ON MOTION**

_____

Before PROST, MAYER and REYNA, *Circuit Judges.*

PER CURIAM.

## ORDER

The court construes Steven C. Kelly's September 4, 2012's "Notice of Appeal; Notice of Disagreement," and subsequent filings of September 17, 2012, October 3, 2012, and October 22, 2012 as a motion for reconsidera-

tion of the court's August 13, 2012 order summarily affirming the judgment of the United States Court of Appeals for Veterans Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is denied.

(2) All pending motions are moot.

FOR THE COURT

__OCT 2 6 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven C. Kelly
     William P. Rayel, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 6 2012

JAN HORBALY
CLERK